IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | § | |
| | § | No. 406, 2018 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| UPS STORE, INC., et al.,[1] | § | C.A. No. K17A-12-001 NEP |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 11, 2019
Decided: February 21, 2019

Before **STRINE,** Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

The appellant, Nina Shahin, appeals from the Superior Court's order dated July 10, 2018, denying Shahin's motion for reconsideration of the Superior Court's order dated May 9, 2018. The Superior Court affirmed a decision of the Court of Common Pleas in which the Court of Common Pleas entered summary judgment against Shahin for failure to join and serve an indispensable party. After

---

[1] The Court has used the caption *Nina Shahin v. UPS Store, Inc., et al.*, as used by the appellant; however, the record reflects that Shahin never effected service upon an entity named UPS Store, Inc.

consideration of her arguments and the record on appeal, we AFFIRM on the basis of the Superior Court's decisions.

IT IS SO ORDERED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice